UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| STOCKFOOD AMERICA, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV420-193 |
| THE MENU SHOPPE, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

The undersigned entered an order directing the plaintiff in this case to show cause why it should not be dismissed for failure to timely serve. Doc. 6. After that Order was signed, but before it was docketed, the plaintiff filed a notice of voluntary dismissal. Doc. 7. That notice makes the show-cause order moot. Accordingly, that Order is **VACATED**. Doc. 6. The notice remains pending with the District Judge.

**SO ORDERED,** this 13th day of April, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA